Karen L. O'Connor, OSB No. 953710
karen.oconnor@stoel.com
Caroline J. Sundbaum, OSB No. 151871
caroline.sundbaum@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ADRIANA GARCIA, | Case No.: 3:21-cv-00745-JR |
| Plaintiff, | STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE |
| v. | |
| URBAN WAXX LLC, an Oregon domestic limited liability company, and JOSEPH BEEKMAN, an individual, | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that this case is dismissed with prejudice, without costs or attorneys' fees to any party, and with no right of appeal.

///

///

Page 1   -   STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE

112461209.1 0056158-00006

**IT IS SO STIPULATED**

| | |
|---|---|
| MEYER STEPHENSON | STOEL RIVES LLP |
| /s/ *Christina Stephenson* | /s/ *Caroline J. Sundbaum* |
| CHRISTINA STEPHENSON, OSB No. 102287 | KAREN L. O'CONNOR, OSB No. 953710 |
| christina@oregonworkplacelaw.com | Karen.oconnor@stoel.com |
| Telephone: 503.459.4010 | CAROLINE J. SUNDBAUM, OSB No. 151871 |
| | caroline.sundbaum@stoel.com |
| Attorney for Plaintiff | Telephone: 503.224.3380 |
| | Attorneys for Defendant |
| DATED: September 27, 2021. | DATED: September 27, 2021. |

**IT IS SO ORDERED AND ADJUDGED:**

Dated: 9/27/2021        /s/ Jolie A. Russo
                       Jolie A. Russo
                       U.S. Magistrate Judge

Page 2   -   STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE

112461209.1 0056158-00006